## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAMIAN M. ZIPF,<br>individually and on behalf of all others<br>similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN'S FOODS, INC.,<br><br>Defendant. | Case No. 2:14-cv-01227<br><br>Filed Electronically |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between counsel for Plaintiff Damian M. Zipf and Defendant Morgan's Foods, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1), that this action and all of the claims set forth in the above-captioned action are hereby dismissed with prejudice with respect to all of Plaintiff's individual claims and without prejudice with respect to the claims of the alleged class members. Except as otherwise agreed, the parties shall bear their own fees and costs.

Stipulated and Agreed:

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet (ID No. 87338)
R. Bruce Carlson (ID No. 56657)
Stephanie Goldin (ID No. 202865)
CARLSON LYNCH SWEET &
 KILPELA, LLP
PNC Park
115 Federal Street, Suite 210
Pittsburgh, PA 15212
(412) 322-9243
(412) 231-0246 (Facsimile)
bcarlson@carlsonlynch.com
bsweet@carlsonlynch.com
sgoldin@carlsonlynch.com

Attorneys for Plaintiff

*/s/ David J. Singley*
David J. Singley (PA 50349)
C. James Zeszutek (PA 22071)
DINSMORE & SHOHL, LLP
One Oxford Centre
301 Grant Street, 28th Floor
Pittsburgh, PA 15219
Office: (412) 281-5000
Fax: (412) 281-5055
david.singley@dinsmore.com
james.zeszutek@dinsmore.com

Thomas R. Simmons (OH 0062422) (*Pro Hac Vice*)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Office: (216) 592-5000
Fax: (216) 592-5009
thomas.simmons@tuckerellis.com

Attorneys for Defendant

IT IS SO ORDERED.

DATE: 3/20/15

Hon. Cynthia Reed Eddy

2